1 | McGREGOR W. SCOTT
United States Attorney
2 | KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
3 | Federal Courthouse
2500 Tulare Street, Suite 4401
4 | Fresno, California   93721
Telephone: (559) 497-4000
5 |

**FILED**

MAY - 3 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )      1:06 sw 0093 DLB
                                     )
12 |                Plaintiff,       )
                                     )      ORDER TO UNSEAL
13 |           v.                    )      SEARCH WARRANT
                                     )
14 | 18219 E. Central                )
Sanger, CA                          )
15 |                                 )
                Defendant.           )
16 | _____)

17      The search warrant in this case, having been sealed by Order

18 of this Court, and it appearing that it no longer need remain

19 secret,

20      IT IS HEREBY ORDERED that the search warrant be unsealed and

21 made public record.

22 DATED: May 3, 2006

HONORABLE DENNIS L. BECK

23

24

25

26

27

28

1